

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Daryl Lee Saveedra v. The State of Texas

Appellate case number:   01-17-00295-CR

Trial court case number: 76576-CR

Trial court:             412th District Court, Brazoria County, Texas

Date motion filed:       August 8, 2018

Party filing motion:     Appellant

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Terry Jennings
                   Acting for the Court

Panel consists of: Justices Jennings, Massengale, and Caughey.

Date: August 30, 2018